UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Barbara White,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Amazon Web Services, Inc.,<br><br>　　　　　　　Defendant. | Court File No. 24-cv-03693<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Defendant Amazon Web Services, Inc., hereby submits its Corporate Disclosure Statement in compliance with Federal Rule of Civil Procedure 7.1:

1. Amazon Web Services, Inc. is a corporation formed under the laws of the State of Delaware. Its principal place of business is located in the State of Washington. Amazon Web Services, Inc. is a citizen of Delaware and Washington.

2. Amazon Web Services, Inc. is a wholly owned subsidiary of AWSHC, Inc. AWSHC, Inc. is a wholly owned subsidiary of Amazon.com, Inc.

3. Amazon.com, Inc. is a publicly traded corporation. Amazon.com, Inc. has no parent company, and no other publicly held company owns 10% or more of Amazon.com, Inc.'s stock.

Dated: September 24, 2024

*/s/ Marko J. Mrkonich*
Marko J. Mrkonich, Bar No. 125660
mmrkonich@littler.com
Grace Jacobson, Bar No. 0403618
gjacobson@littler.com

LITTLER MENDELSON, P.C.
1300 IDS Center
80 South 8th Street
Minneapolis, MN  55402.2136
Telephone:　612.630.1000
Facsimile:　612.630.9626

Attorneys for Defendant

4883-2140-1060.1 / 114766-1219