UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Barbara White,

Plaintiff,

v.

Amazon Web Services, Inc.,

Defendant.

Court File No. 24-CV-3693-KMM/EMB

**LR 72.2 CERTIFICATE OF COMPLIANCE**

I, Marko Mrkonich, certify that the Memorandum titled: Defendant's Objections to Magistrate Judge's Order (ECF Doc. 50) or, in the Alternative, Partial Motion for Judgment on the Pleadings, complies with Local Rule 72.2(c)(1), 72.2(c)(2), and 72.2(c)(3).

I further certify that, in preparation of the above document, I used the following word processing program and version: Microsoft Word 365 and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above document contains the following number of words: 3,500 words set in a proportional font.

Dated: October 24, 2025

*/s/ Marko J. Mrkonich*

Marko J. Mrkonich, Bar No. 125660
mmrkonich@littler.com
Grace Jacobson, Bar No. 0403618
gjacobson@littler.com
LITTLER MENDELSON, P.C.
1300 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402.2136
Telephone: 612.630.1000
Facsimile: 612.630.9626

Attorneys for Defendant Amazon Web Services, Inc.