# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Case No. 24-CV-3693-KMM/EMB

**Barbara White**,

Plaintiff,

v.

**Amazon Web Services, Inc.**,

Defendant.

**PLAINTIFF'S L.R. 72.2 COMPLIANCE CERTIFICATE REGARDING PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S OBJECTIONS AND PARTIAL MOTION FOR JUDGMENT ON THE PLEADINGS**

I, **Christopher Empson**, certify that Plaintiff's Memorandum of Law in Opposition to Defendant's Objections and Partial Motion for Judgment on the Pleadings:

1. complies with Local Rule 72.2(c)(1) and (2);
2. was prepared using Microsoft Word for Mac Version 16.102.3, and that this word processing program word count has been applied specifically to include all text, including headings, footnotes, and quotations;
3. was prepared in size 13 pt. proportional font; and
4. contains **3,500** words.

Dated: November 7, 2025

HALUNEN LAW

/s/ Christopher Empson

Joshua Newville, MN #395221
Pamela Johnson, MN #263667
Christopher Empson, MN #506110
80 S 8th St, 1650 IDS Center

Minneapolis, Minnesota 55402
Telephone: 612-900-2563
newville@halunenlaw.com
p.johnson@halunenlaw.com
empson@halunenlaw.com
*Attorneys for Barbara White*